IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01701-RPM

CHRISTINA ZVUNCA, by ad through her Legal Guardian Tiberiu Klein,

      Plaintiff,
v.

WESLEY TATUM, and
GREYHOUND LINES, INC.,

      Defendant.

_____

ORDER DENYING EXTENSION OF TIME TO EFFECTUATE SERVICE
_____

Upon review of Plaintiff's Amended Motion for Enlargement of Time to Effectuate Service [11], filed on November 22, 2010, it is

ORDERED that the motion is denied.

DATED:   November 22nd, 2010

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge