IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01701-RPM

CHRISTINA ZVUNCA, by ad through her Legal Guardian Tiberiu Klein,

     Plaintiff,

v.

GREYHOUND LINES, INC.,

     Defendant.

_____

ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL AND EXTENDING
TIME TO RESPOND TO MOTION TO DISMISS
_____

On October 14, 2010, defendant Greyhound Lines, Inc., filed a motion to dismiss and attached copies of pleadings from other litigation.  On November 16, 2010, the plaintiff filed a motion for extension of time to respond to the motion to dismiss and deemed it a motion for summary judgment based on the submission of materials outside the complaint.  That motion was granted on November 17, 2010, extending the time to respond to the motion for summary judgment to December 17, 2010.  On December 15, 2010, James W. Avery filed a motion to withdraw as counsel for the plaintiff and requested a stay for 30 days to permit retention of substitute counsel.  On December 17, 2010, Mr. Avery filed a second motion for enlargement of time to respond to the motion to dismiss.  It is now

ORDERED that James W. Avery's motion to withdraw as counsel for the plaintiff is granted and he has no further responsibility for representation of the plaintiff in this civil action.  It is

FURTHER ORDERED that the plaintiff shall have to and including January 16, 2011, within which to respond to the defendant's motion to dismiss.

DATED:   December 21st, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge