IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01701-RPM

CHRISTINA ZVUNCA, by ad through her Legal Guardian Tiberiu Klein,

     Plaintiff,

v.

WESLEY TATUM, and
GREYHOUND LINES, INC.,

     Defendant.

_____

## ORDER DISMISSING WESLEY TATUM
_____

     Because the plaintiff has not made service of process on Wesley Tatum, a

named defendant in this civil action, it is

     Pursuant to Fed.R.Civ.P. 4(m) ORDERED that this civil action is dismissed

without prejudice as to named defendant Wesley Tatum.

     DATED:   December 21st, 2010

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior Judge