IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01701-RPM

CHRISTINA ZVUNCA, by and through her Legal Guardian Tiberiu Klein,

    Plaintiff,

v.

GREYHOUND LINES, INC.,

    Defendant.

_____

ORDER GRANTING PLAINTIFF'S MOTION TO FILE AMENDED RESPONSE AND
DEFENDANT'S MOTION FOR LEAVE TO REPLY
_____

    Upon review of Plaintiff's motion for leave to file an amended response to the motion to dismiss [24] filed February 17, 2011, and Defendant's motion for leave to reply [25] filed February 24, 2011, it is

    ORDERED that plaintiff's motion for leave to file amended response is granted and Plaintiff's Amended Response in Opposition to Motion to Dismiss attached thereto is accepted for filing.  It is

    FURTHER ORDERED that Defendant may reply to Plaintiff's amended response on or before March 16, 2011.

    DATED: February 28, 2011

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge