IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01701-RPM

CHRISTINA ZVUNCA, by and through her Legal Guardian Tiberiu Klein,

    Plaintiff,
v.

GREYHOUND LINES, INC.,

    Defendant.

_____

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY
_____

Upon review of plaintiff's motion for leave to file surreply [34] filed April 17, 2011, it is

ORDERED that the motion is granted and plaintiff may file a surreply on or before May 2, 2011.

DATED:   April 18th, 2011

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge