IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01701-RPM

CHRISTINA ZVUNCA, by and through her Legal Guardian Tiberiu Klein,

    Plaintiff,

v.

GREYHOUND LINES, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

Pursuant to the plaintiff's motion to voluntarily dismiss this civil action [Doc. 69] and the defendant Greyhound Lines, Inc.'s response [Doc. 71], it is

ORDERED that this civil action is dismissed without prejudice and the plaintiff's motion to stay is moot.

DATED:   September 20, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge